No. 94–5940. MELTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–5941. JOHNSON v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5943. COULOMBE v. BOWERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5944. CONLEY v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–5945. CURIALE ET UX. v. ANDRUS, GOVERNOR OF IDAHO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5946. AMMAR v. SHILLING. Cir. Ct. Montgomery County, Md. Certiorari denied.

No. 94–5947. BAILEY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5948. BREARD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–5949. AIZEN v. NEW JERSEY DEPARTMENT OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5951. BROSSETTE v. CITY OF BATON ROUGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5955. DUNHAM-BEY v. MICHIGAN. Cir. Ct. Muskegon County, Mich. Certiorari denied.

No. 94–5956. KERPAN ET UX. v. DAVIS. C. A. 8th Cir. Certiorari denied.

No. 94–5957. GIBB v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 94–5959. BOYLE v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.